IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOOMIS JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:12-CV-598-TMH ) ) |
| DR. MILLARD McWHORTER, *et al.*, | ) ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 15) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 15) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this the 30th day of November, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE